UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SON NGUYEN,

          Petitioner,

   v.

JEFFREY ROSEN, *et al.*,

          Respondent.

CASE NO. 2:21-cv-00090-RAJ-JRC

ORDER GRANTING VOLUNTARY DISMISSAL AND WITHDRAWAL OF MOTION TO APPOINT COUNSEL

This matter is before the Court on petitioner's motion to withdraw petition for habeas corpus and motion to appoint counsel. Dkt. 3. Petitioner states that the petition and motion were mistakenly filed, as petitioner already has a pending habeas petition, *Nguyen v. Barr*, No. 2:20-cv-01469-RJB-MAT, and has already filed a motion for appointment of counsel in that matter. *Id*.

A petitioner "may dismiss an action without a court order" by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1). *See* Rule 12, Rules Governing Section 2254 Cases (Federal Rules of Civil

1  Procedure may be applied in habeas cases). As no response to the petition has been filed,

2  petitioner may dismiss this matter without leave of the Court. Accordingly, the Court orders as

3  follows:

4      (1) Petitioner's motion to withdraw the petition and motion to appoint counsel (Dkt. 3) is

5          granted;

6      (2) This matter is dismissed without prejudice; and

7      (3) The Clerk shall close this case.

8      Dated this 29th day of January, 2021.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING VOLUNTARY DISMISSAL AND
WITHDRAWAL OF MOTION TO APPOINT
COUNSEL - 2